# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, A California Non-Profit Association.<br><br>            Plaintiff,<br><br>    vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.: 2:10-cv-03396-GEB -JFM<br><br>ORDER ON HIPAA CONFIDENTIALITY AGREEMENT BETWEEN DAMERON HOSPITAL ASSOCIATION AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY |

GOOD CAUSE APPEARING, the Court hereby adopts and approves the HIPAA CONFIDENTIALITY AGREEMENT BETWEEN DAMERON HOSPITAL ASSOCIATION AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (Doc. No. 18) as an ORDER of the Court in this action.

IT IS SO ORDERED.

Dated: April 5, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;dame3396.po2