IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>        Defendant. | 2:10-cv-03396-GEB-JFM<br><br>ORDER MODIFYING THE STATUS (PRETRIAL SCHEDULING) ORDER AND DENYING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S UNTIMELY EXPERT REPORTS |

        In light of the pending cross-motions for summary judgment and the congested nature of the Court's docket, the final pretrial conference is rescheduled to commence at 2:30 p.m. on February 25, 2013, and the trial is rescheduled to commence at 9:00 a.m. on May 21, 2013.

        Further, due to these scheduling changes, Defendant's Motion to Strike Plaintiff's untimely expert reports/declarations (ECF No. 54) is denied. See Lanard Toys Ltd. v. Novelty, Inc., 375 Fed. Appx. 705, 713 (9th Cir. 2010)(stating "a failure [to] timely serve an expert report may be excused if the failure . . . is harmless")(citing Yeti by Molly Ltd. v. Deckers Outdoor Corp., 259 F.3d 1101, 1106 (9th Cir. 2001)).

        Defendant shall disclose any contradictory and/or rebuttal experts responsive to Plaintiff's disclosure of experts Brad Reinkie, M.D. and/or Scott Bernasconi on or before October 26, 2012; all expert

1  discovery concerning Brad Reinkie, M.D., Scott Bernasconi, and any
2  contradictory and/or rebuttal experts disclosed by Defendant as
3  authorized herein shall be completed by December 26, 2012.
4  Dated: September 25, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge